ACCEPTED
01-15-00661-CV
FIRST COURT OF APPEALS
HOUSTON, TEXAS
8/6/2015 12:15:40 PM
CHRISTOPHER PRINE
CLERK

# THE SIDDIQUI LAW FIRM

3346 East T.C. Jester Blvd.
Suite F-11
Houston, TX 77018

Email:
ss@siddiquilaw.com
Tel: (713) 375-4243
Fax: (713) 375-2961

1st COURT OF APPEALS
HOUSTON, TEXAS

8/6/2015 12:15:40 PM

CHRISTOPHER A. PRINE
Clerk

August 6, 2015

*Via ProDoc*
Court of Appeals
First District
301 Fannin Street
Houston, TX. 77002-2066

　　　　Re: Court of Appeals No.: 01-15-0061-CV, Patrick O'Connor & Associates, LP. v. Chester R. Hall
　　　　　　Cause No. 1036533, *Chester R. Hall v. Patrick O'Connor & Associates, L.P.*

To the Clerk of the Court:

　　　　Pursuant to your Amended Notice dated August 4, 2015. Our office if submitting the $195.00 filing fee required by the court for the Notice of Appeal.

　　　　Thank you for your attention in this matter.

　　　　　　　　　　　　　　　　　　Sincerely,

　　　　　　　　　　　　　　　　　　Cecilia J. Garcia
　　　　　　　　　　　　　　　　　　Legal Assistant
　　　　　　　　　　　　　　　　　　713.686.9955 ext. 4274
　　　　　　　　　　　　　　　　　　cgarcia@poconnor.com